UNITED STATES, PLAINTIFF *v.* LUN MAY CO., INC. AND
AMERICAN MOTORISTS INSURANCE CO, DEFENDANTS

AMERICAN MOTORISTS INSURANCE CO., THIRD-PARTY PLAINTIFF *v.*
MAY M. LAM A/K/A HOMAY LAM, THIRD-PARTY DEFENDANT

Court No. 86-04-00433

(Dated October 5, 1990)

ORDER

DICARLO, *Judge*: Upon remand from the United States Court of Appeals for the Federal Circuit in this action, the Court

HEREBY ORDERS that the judgment against American Motorists Insurance Company is vacated,

AND FURTHER ORDERS that, pursuant to Rule 41(a)(2) of the Rules of this Court, the action of the United States is dismissed with prejudice.